AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| ORLANDO ROUCHON, WYTASHA JUSTICE, J.R., a minor by and through her Guardian Ad Litem, Robert Powell, <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF LOS ANGELES, GABRIELA TODMIA, KIMBERLY ALLEN (Doe 1)and Does 2 through 50 Inclusive, <br><br> *Defendant(s)* | Civil Action No. 2:18-cv-10029-VAP(MAAx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* County of Los Angeles, Gabriela Todmia, Kimberly Allen (Doe 1)
500 West Temple Street, Room 383
Kenneth Hahn Hall of Admistration,
Los Angeles, CA 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donnie R. Cox, Esq, Law Office of Donnie R. Cox, 402 North Nevada Street,
Oceanside, CA 92054; and
Paul W. Leehey, Esq., Law Office of Paul W. Leehey, 210 E. Fig Street, Ste. 101,
Fallbrook, CA 92028

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/26/19

B. Moss

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-10029-VAP(MAAx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gabriela Todmia
was received by me on *(date)* February 26, 2019.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Nahnyonga Todmia, Sister @ 5406 W 116th Street Inglewood, Ca 90304 , a person of suitable age and discretion who resides there,
on *(date)* March 01, 2019 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 95.00 .

I declare under penalty of perjury that this information is true.

Date: March 05, 2019

*Server's signature*

JORGE RIVERA, LACPS#4690
*Printed name and title*

PO BOX 86925 SAN DIEGO CA 92138
*Server's address*

Additional information regarding attempted service, etc: