UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:18-cv-10029-VAP-MAAx | Date June 3, 2019 |
| Title *Orlando Rouchon, et al. v. County of Los Angeles, et al.* | |

Present: The Honorable VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER (IN CHAMBERS) SETTING TRIAL DATES

The Court has reviewed the joint Rule 26(f) report filed on May 13, 2019. (Doc. No. 35). The Court adopts the following schedule:

| | |
|---|---|
| Last date to amend pleadings or add parties: | August 5, 2019 |
| Last date to conduct settlement conference (ADR #2): | July 29, 2019 |
| Initial Expert Disclosures: | August 12, 2019 |
| Rebuttal Expert Disclosures: | August 26, 2019 |
| All Discovery cutoff: | September 9, 2019 |
| Last date for hearing non-discovery motions: | October 28, 2019 |
| Pre-trial conference (hearing on motions in limine): | November 25, 2019 at 2:30 p.m. |
| Trial date (jury trial): | December 3, 2019 at 8:30 a.m. |

**IT IS SO ORDERED.**