```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                          FEB 11, 2020

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:      BH         DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO ROUCHON, WYTASHA JUSTICE, J.R., a minor by and through her Guardian ad Litem, Robert Powell,<br><br>   Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, GABRIELA TODMIA, KIMBERLY ALLEN and Does 2 through 10 Inclusive,<br><br>   Defendants. | Case No. 2:18-cv-10029-VAP(MAAx)<br><br>**(PROPOSED) ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER** |

  COMES NOW THE COURT upon the Joint Motion of the Parties, and upon Good Cause being shown, Ordering that the current Scheduling Order (ECF 49) shall be modified to the dates as set forth below:

| EVENT | CURRENT DATE (ECF 49) | NEW DATE |
|---|---|---|
| Last date to amend pleadings | Monday, August 5, 2019 | Unchanged (but see ECF 63) |
| Last date to conduct ADR procedure | Monday, January 13, 2020 | Tuesday, August 25, 2020 |
| Initial expert disclosures | Monday, January 27, 2020 | Monday, October 12, 2020 |
| Rebuttal expert disclosures | Monday, February 10, 2020 | Monday, November 2, 2020 |
| All discovery cutoff | Monday, February 24, 2020 | Monday, November 16, 2020 |
| Last date for hearing non-discovery motions | Monday, April 13, 2020 | Monday, December 14, 2020 |
| Pre-trial conference (hearing on MILs) | Monday, May 11, 2020 | Monday, February 1, 2021 |
| Trial date (jury) | Tuesday, May 19, 2020 | Tuesday, February 9, 2021 |

**IT IS SO ORDERED**

DATED:  February 11, 2020

_____
Virginia A. Phillips
Chief United States District Judge