FILED
CLERK, U.S. DISTRICT COURT

September 28, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO ROUCHON, WYTASHA JUSTICE, J.R., a minor by and through her Guardian ad Litem, Robert Powell,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF LOS ANGELES, GABRIELA TODMIA, and Does 1 through 10 Inclusive,<br><br>Defendants. | Case No. 2:18-cv-10029-SB(MAAx)<br><br>Honorable Stanley Blumenfeld<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL WITHOUT PREJUDICE** |

On September 27, 2021, Plaintiffs Orlando Rouchon, Wytasha Rouchon, and J.R., a minor, by and through her Guardian ad litem, Robert Powell, and Defendant County of Los Angeles, (collectively, the Parties), by and through their counsel of record, filed a Stipulation Re: Dismissal Without Prejudice. Dkt. No. 95.

The Court, having reviewed the Parties' Stipulation Re: Dismissal Without Prejudice, and finding good cause, orders as follows:

1. The entire action is dismissed without prejudice;

2. The Court will retain jurisdiction over this matter until May 1, 2022 or until such

time that parties can file a stipulation for a dismissal of the entire action with prejudice or alternately seek other appropriate relief.

**IT IS SO ORDERED.**

DATED: September 28, 2021

_____
Honorable Stanley Blumenfeld
United States District Judge