# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO ROUCHON, WYTASHA JUSTICE, J.R., a minor by and through her Guardian ad Litem, Robert Powell,<br><br>        Plaintiffs,<br>v.<br><br>COUNTY OF LOS ANGELES, GABRIELA TODMIA, and Does 1 through 10 Inclusive,<br>        Defendants. | Case No. 2:18-cv-10029-SB(MAAx)<br><br>Honorable Stanley Blumenfeld<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On April 18, 2022, Plaintiffs Orlando Rouchon, Wytasha Rouchon, and J.R., a minor, by and through her Guardian ad litem, Robert Powell, and Defendant County of Los Angeles, (collectively, the "Parties"), by and through their counsel of record, filed a stipulation to dismiss this action with prejudice.

The Court, having reviewed the parties' stipulation, and finding good cause therefor, hereby **vacates** its prior order dismissing this case without prejudice and

1

1 | retaining jurisdiction and **dismisses** this entire action with prejudice and with each party
2 | to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:  April 19, 2022



Stanley Blumenfeld, Jr.
United States District Judge